# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00316-CV

### In re Olivia Hursh

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relator Olivia Hursh has filed a petition for writ of mandamus and Motion for Emergency Stay and Emergency Temporary Relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the trial court's June 28, 2021 temporary orders, pending further order of this Court. *See id*. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before Friday, July 16, 2021.

It is ordered on July 9, 2021.

Before Justices Goodwin, Triana, and Kelly